McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 23, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-0126 JAM |
|---|---|
| Plaintiff, | 18 U.S.C. § 875(d) – Interstate Threats and Extortion; 18 U.S.C. § 2261A(2) – Cyberstalking; 18 USC § 981(a)(1)(c) & 28 USC § 2461 – Criminal Forfeiture |
| v. | |
| CAMERON ANDREW GARCIA | |
| Defendant. | |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 875(d) – Interstate Threats and Extortion]

The Grand Jury charges: T H A T

CAMERON ANDREW GARCIA,

defendant herein, between on or about April 22, 2020, and continuing through on or about July 8, 2020, in the Eastern District of California and elsewhere, knowingly transmitted in interstate and foreign commerce from the State of Texas, to the State of California, with intent to extort from a person money and other things of value, communications by telephone and Instagram direct message containing a threat to injure the reputation of Victim 1, the addressee, in violation of Title 18, United States Code, Section 875(d).

/ / /

/ / /

/ / /

COUNT TWO: [18 U.S.C. § 2261A(2) – Cyberstalking]

The Grand Jury further charges: T H A T

CAMERON ANDREW GARCIA,

defendant herein, between on or about April 22, 2020, and continuing through on or about July 8, 2020, in the Eastern District of California and elsewhere, with the intent to harass and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Victim 1, to wit, GARCIA sent messages by way of Instagram to Victim 1 threatening to post to public websites images and videos of Victim 1 engaging in sexually explicit conduct that GARCIA had produced when Victim 1 was under the age of 18, unless Victim 1 produced new sexually explicit images and videos for him and sent him money via the Venmo mobile payment service, in violation of Title 18, United States Code, Section 2261A(2).

FORFEITURE ALLEGATION: [18 USC § 981(a)(1)(c) & 28 USC § 2461 – Criminal Forfeiture]

1. Upon conviction of the offense in Count One of this Indictment, defendant CAMERON ANDREW GARCIA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to the following:

    a. A sum of money equal to the amount of proceeds traceable to such offense, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### CAMERON ANDREW GARCIA,

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 875(d) – Interstate Threats and Extortion;
18 U.S.C. § 2261A(2) – Cyberstalking;
18 USC § 981(a)(1)(c) & 28 USC § 2461 – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* \_\_ 23rd _____ *day*

*of* \_\_ July _____, *A.D. 20* 20 \_\_\_

/s/ Valerie Callen
_____
*Clerk.*

*Bail, $* \_\_ NO BAIL WARRANT _____

*[signature: Allison Claire]*

**ALLISON CLAIRE**
**UNITED STATES MAGISTRATE JUDGE**

## United States v. Cameron Andrew Garcia
## Penalties for Indictment

### COUNT 1:

VIOLATION:   18 U.S.C. § 875 – Interstate Threats and Extortion

PENALTIES:   Up to 2 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Up to one year of supervised release

SPECIAL ASSESSMENT: $100

### COUNT 2:

VIOLATION:   18 U.S.C. § 2261A(2) – Cyberstalking

PENALTIES:   Up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Up to one year of supervised release

SPECIAL ASSESSMENT: $100

### FORFEITURE ALLEGATION for Count 1:

VIOLATION:   18 USC § 981(a)(1)(c) & 28 USC § 2461 – Criminal Forfeiture

PENALTIES:   As stated in the charging document