THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-0126 JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CAMERON GARCIA, | Date:    April 13, 2021 |
| Defendant | Time:    9:30 a.m. |
| | Judge:   Hon. John Mendez |

## **STIPULATION**

The United States of America through its undersigned counsel, Mira Chernick, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Cameron Garcia, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on April 13, 2021.

2. By this stipulation, defendant now moves to continue the Status Conference to June 8, 2021 at 9:30 a.m.

3.  The parties agree and stipulate, and request the Court find the following:

   a. The government has provided defense counsel over 700 pages of discovery in this case, including Instagram account records and FBI agent reports. Additional evidence, consisting of multiple electronic devices and video evidence, has been made available for defense review at the FBI office.

b.  A continuance is requested because counsel for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution.

c.  Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The Government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 13, 2021, to June 8, 2021, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  April 9, 2021

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Cameron Garcia

DATED:  April 9, 2021

/s/ Mira Chernick
MIRA CHERNICK
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

DATED:  April 9, 2021                    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE