THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAMERON GARCIA,<br><br>　　　　Defendant | Case No.: 2:20-cr-0126 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　June 21, 2022<br>Time:　9:30 a.m.<br>Judge:　Hon. John Mendez |

### **STIPULATION**

The United States of America through its undersigned counsel, Christina McCall, Assistant United States Attorney, together with Thomas A. Johnson and Monica A. Quinlan, counsel for defendant, Cameron Garcia, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on June 21, 2022.
2. By this stipulation, defendant now moves to continue the Status Conference to August 23, 2022, at 9:30 a.m.
3. The parties agree and stipulate, and request the Court find the following:
    a. The government has provided defense counsel over 700 pages of discovery in this case, including Instagram account records and FBI agent reports. Additional evidence, consisting of multiple electronic devices and video evidence, has been made available for defense review at the FBI office.
    b. A continuance is requested because Assistant United States Attorney and the defense are working on a multi-jurisdictional potential resolution and counsel

for both parties need additional time to review the discovery, conduct investigation, and discuss a complicated potential resolution.

   c. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 21, 2022, to August 23, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  June 10, 2022

                                           /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Cameron Garcia

DATE: June 10, 2022

    /s/ Monica A. Quinlan
MONICA A. QUINLAN
Attorney for Cameron Garcia

DATED: June 10, 2022

    /s/ Christina McCall
CHRISTINA MCCALL
Assistant U.S. Attorney

### ORDER

The Court has read and considered the parties' Stipulation. The Court ORDERS that the status conference be continued to August 23, 2022, at 9:30 a.m. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between June 21, 2022, and August 23, 2022.

DATED: June 10, 2022        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE