THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAMERON GARCIA,<br><br>　　　　Defendant | Case No.: 2:20-cr-00126 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　September 26, 2023<br>Time:　9:00 a.m.<br>Judge:　Hon. John Mendez |

# **STIPULATION**

　　The United States of America through its undersigned counsel, Christina McCall, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Cameron Garcia, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on September 26, 2023.
2. By this stipulation, defendant now moves to continue the Status Conference to October 31, 2023 at 9:00 a.m.
3. The parties agree and stipulate, and request the Court find the following:
    a. The government has provided defense counsel over 700 pages of discovery in this case, including Instagram account records and FBI agent reports. Additional evidence, consisting of multiple electronic devices and video evidence, has been made available for defense review at the FBI office.

b. A continuance is requested because Assistant United States Attorney and the defense are working on a multi-jurisdictional resolution and counsel for both parties need additional time to review the discovery, conduct investigation, and discuss the potential resolution. The parties have made progress on reaching a resolution, but more time is needed as there are two separate offenses in two separate districts.

c. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. The defendant is not requesting a trial date at this time.

f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 26, 2023, to October 31, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1
2
3
4
5
6 **IT IS SO STIPULATED.**
7
8  DATE:  September 20, 2023
                                            /s/ Thomas A. Johnson
9                                           THOMAS A. JOHNSON
                                            Attorney for Cameron Garcia
10
11
12  DATED:  September 20, 2023
13
                                            /s/ Christina McCall
14                                          CHRISTINA MCCALL
                                            Assistant U.S. Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The Court has read and considered the parties' Stipulation. The Court ORDERS that the status conference be **CONTINUED** to **October 31, 2023, at 09:00 a.m**. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between September 26, 2023 and October 31, 2023.

Dated: September 20, 2023        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE