THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAMERON GARCIA,<br><br>    Defendant | ) Case No.: 2:20-cr-00126-JAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE JUDGMENT AND**<br>) **SENTENCING**<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 13, 2024, is **CONTINUED** to **April 23, 2024, at 9:00 a.m**. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. Christina McCall, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.  The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                          **April 23, 2024, at 09:00 a.m.**


Reply or Statement                                              **April 16, 2024**

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and          **April 09, 2024**
served on the Probation Officer and opposing
counsel no later than:

STIPULATION AND ORDER          - 1 -

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:

**April 02, 2024**

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

**March 26, 2024**

The proposed Pre-Sentence Report shall be disclosed to counsel no later than:

**March 12, 2024**

**IT IS SO STIPULATED.**

DATE:  January 11, 2024

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Cameron Garcia

DATED:  January 11, 2024

 /s/ Christina McCall
CHRISTINA MCCALL
Assistant U.S. Attorney

## <u>ORDER</u>

IT IS SO ORDERED:

Dated: January 11, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE